STATE v. BROCKSVILLE.

See syllabus to the preceding case.

MOTION by the Attorney General to dismiss the appeal under the same circumstances as the foregoing case.

The defendant was convicted of murder, before *Shepherd, Judge,* at Fall Term, 1884, of the Superior Court of Richmond county, and escaped pending the appeal.

*Attorney General,* for the State.
*Mr. W. H. Neal,* for the defendant.

MERRIMON, J.   This case is in all respects like that of *State* v. *McMillan,* decided at this term, and must be governed by it. The motion to dismiss the appeal must be denied.

Motion denied.